# United States Court of Appeals
## For the First Circuit

No.  25-2198

IN RE: NATHAN REARDON,

Petitioner - Appellant.

### ORDER OF COURT

Entered: February 18, 2026
Pursuant to 1st Cir. R. 27.0(d)

Treating appellant's financial affidavit as a motion to proceed on appeal in forma pauperis ("IFP"), we transmit said request to the district court (Docket No. 2:25-mc-00502-JAW) (D. Me.) for action in the first instance.  See Fed. R. App. P. 24(a)(1).  Copies of the district court's ruling shall be forwarded to this court.  The district court, if it denies the motion, is requested to state its reasons in writing.  Fed. R. App. P. 24(a)(2).  If appellant is not granted in forma pauperis status by the district court, appellant may file a motion to proceed in forma pauperis in this court in accordance with Fed. R. App. P. 24(a)(5).

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Hon. John A. Woodcock
Jennifer Lyons, Clerk, United States District Court for the District of Maine
Nathan Reardon
Andrew Kenney Lizotte
Lindsay Feinberg